UNITED STATES OF AMERICA
COURT OF FEDERAL CLAIMS

FILED
NOV 14 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Stephen Durr,
Plaintiff, Petitioner,
v.
John R. Varga Et al,
Defendant, Respondent.

Case No. 1:17-CV-06632

PETITIONER MOTION FOR JUDGEMENT BY DEFAULT

THAT FOR REASON OF Respondent Not Filing A Response Or Having Sought An Extension Thereof, THAT I, The Petitioner Seeks That This Court Enter Order Granting Relief Requested By The Petitioner; The Petitioner States The Following In Support Thereof:

1. ON October 13th 2017, This Court Entered An Order For Respondent To Reply Or Otherwise Respond To The Petitioner Writ

Of Habeas Corpus
* See Court Order; Case File

2. November 6th, 2017 — Respondent Failed To Meet The Filing Deadline

3. BEING THAT That There Are No Genuine Issues Of Material Fact That Respondent Could Raise With Regard For The Cause Of The Petitioner, THAT I, THE PETITIONER, Stephen Durr, Respectfully Asks That This Court Enter An Order To Respondent Granting Relief In The Form Of Immediate Release Of The Petitioner From Wrongful Imprisonment, By Respondent

* Made Pursuant To: Federal Rules Civ. Proc. Governing Judgements By Default

For Your Consideration,

Stephen 11-7-17

Stephen Durr #R27050
Plaintiff, Petitioner, Pro'se
Dixon C.C.
2600 N. Brinton Ave.
Dixon, IL 61021

Stephen Durr #R27090
Dixon C.C.
2600 N. Brinton Ave.
Dixon, IL 61021

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE ILLINOIS
DEPT OF CORRECTIONS

CAROL STREAM IL 601
09 NOV 2017 PM 4

FOREVER USA
Barn Swallow

LEGAL MAIL

United States District Court
Attn: Prisoner Correspondent
219 S. Dearborn St.
20th Floor
Chicago, IL 60604


11/14/2017-22

60604-189420

2017 NOV 14 AM 8:25
CLERK US DISTRICT COURT

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2016

FSC MIX Paper